CHARLES P. HUNTINGTON AND ANOTHER, APPELLANTS, *v.* WILLIAM B. DINSMORE, PRESIDENT, ETC., OF THE ADAMS EXPRESS COMPANY, RESPONDENT.

*Receipt of express company — effect of.*

In the absence of fraud or imposition, the receipt delivered by the agent of an express company to the person shipping a package must be held to be the contract between the parties.*

It is immaterial whether or not the amount paid by the agent of the shipper was more or less than the usual charge for carriage.

APPEAL from a judgment in favor of the defendant, entered upon a verdict directed by the court.

*E. Terry*, for the appellants.

*M. Da Costa*, for the respondent.

Opinion by DAVIS, P. J.

BRADY and DANIELS, JJ., concurred.

Judgment affirmed.